MN - 204
(Rev'd 9/09)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

**Ryan Victor Groshens,**                                    BKY **21-42041-MER**

    Debtor.                                                   Chapter 7

### NOTICE OF SETTLEMENT

To:  The United States Trustee, all creditors and other parties in interest.

**NOTICE.**  On January 7, 2022, or as soon thereafter as the transaction may be completed, and subject to objection under applicable rules, the undersigned trustee of the estate of the debtor named above will settle a controversy as follows:

1. The estate's claims to funds on deposit in Wells Fargo checking account #9603, with a scheduled value of $49,524.43, and the debtor's claim of exemption of $49,524.43, will be settled by allowance of a partial claim of exemption of $4,383.03 and turnover of the remainder to the estate.  The trustee has collected from Wells Fargo $41,582.17 from the account and, therefore, after deduction of the exempt amount, the debtor will turn over $3,559.23 for the account;
2. The estate's claims to funds on deposit in US Bank checking account #2012, with a scheduled value of $14,462.83, and the debtor's claim of exemption of $14,462.83, will be settled by allowance of a partial claim of exemption of $6,750.00 and turnover of the remainder to the estate.  After deduction of the exempt amount, the debtor will turn over $7,712.83 for the account.

The trustee disputed the extent to which the funds on deposit were traceable to earnings and qualified for exemption per the statute.  The trustee believes the foregoing settlement reflects a fair result and is in the best interests of the estate in order to avoid the cost and delays inherent in contested litigation as well as the risk of an ultimate ruling adverse to the estate.  The funds in the accounts will not be subject to any further claims of exemption.

**OBJECTION: MOTION: HEARING**.  Under applicable rules, any objection must be in writing, be served on the undersigned trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 o'clock noon on the day before the date set for the settlement.  If an objection is timely served and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing.  The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee.  If an objection is made or an order is required, the undersigned trustee moves the court for such orders as may be necessary or appropriate.

| U.S. Bankruptcy Court | U.S. Trustee | Julia A. Christians, Trustee |
|---|---|---|
| 301 U.S. Courthouse | 1015 U.S. Courthouse | 120 South Sixth Street, Suite 2500 |
| 300 South Fourth Street | 300 South Fourth Street | Minneapolis, MN 55402 |
| Minneapolis, MN 55415 | Minneapolis, MN 55415 | |

Dated:  December 17, 2021                    /e/ *Julia A. Christians*
                                                               Julia A. Christians, Trustee
                                                               120 South Sixth Street, Suite 2500
                                                               Minneapolis, MN  55402
                                                               (612) 338-5815

21-193