UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:

RYAN VICTOR GROSHENS

CASE NO: 21-42041

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 7

On 12/17/2021, I did cause a copy of the following documents, described below,

Notice of Settlement

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/17/2021

/s/ Julia A. Christians
Julia A. Christians  157867

Lapp, Libra, Stoebner & Pusch, Chtd.
120 South 6th Street Ste 2500
Minneapolis, MN  55402
612 338 5815

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:<br>RYAN VICTOR GROSHENS | CASE NO: 21-42041<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 7 |

On 12/17/2021, a copy of the following documents, described below,

Notice of Settlement

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/17/2021

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Julia A. Christians
Lapp, Libra, Stoebner & Pusch, Chtd.
120 South 6th Street Ste 2500
Minneapolis, MN  55402

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE" WERE SERVED ELECTRONICALLY ON THE DATE OF NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO                              EXCLUDE

 LABEL MATRIX FOR LOCAL NOTICING       MINNEAPOLIS                            ABDI A DHINBIL AND NURA DHINB
08644                                  301 DIANA E MURPHY US COURTHOUSE       15872 EASTCHESTER ROAD
CASE 21-42041                          300 SOUTH FOURTH STREET                SAINT PAUL MN 55124-8096
DISTRICT OF MINNESOTA                  MINNEAPOLIS MN 55415-1320
MINNEAPOLIS
FRI DEC 17 10-01-42 CST 2021


AFFIRM INC                             AMERICAN EXPRESS                       AQUA BOWL
ATTN BANKRUPTCY                        CUSTOMER SERVICE                       SUMMERHILL COMMERCIAL REAL E
30 ISABELLA ST FLOOR 4                 PO BOX 7863                            3610 COUNTY ROAD 101
PITTSBURGH PA 15212-5862               FORT LAUDERDALE FL 33329-7863          WAYZATA MN 55391-3424


BEALMAKE PARTNERS                      BEALMAKE PARTNERS                      CAPITAL ONE
SUNTIDE COMMERCIAL                     2550 UNIVERSITY AVENUE WEST            ATTN BANKRUPTCY
2550 UNIVERSITY AVE W STE 416S         SAINT PAUL MN 55114-1052               PO BOX 30285
SAINT PAUL MN 55114-7613                                                      SALT LAKE CITY UT 84130-0285


JPMORGAN CHASE BANK N A                CHESTER STREET HOLDING                 CHESTER STREET HOLDINGS LLC
BANKRUPTCY MAIL INTAKE TEAM            5461 RAVEN POINT ROAD                  5461 RAVEN POINT RD
700 KANSAS LANE FLOOR 01               PRIOR LAKE MN 55372-8152               PRIOR LAKE MN 55372-8152
MONROE LA 71203-4774


CHESTER STREET HOLFING COMPANY         CLEAR CHOICE PROPERTIES MANAGE         HIREY INC
5461 RAVEN POINT ROAD                  715 FLORIDA AVENUE SOUTH               15872 EASTCHESTER ROAD
PRIOR LAKE MN 55372-8152               SUITE 306                              SAINT PAUL MN 55124-8096
                                       MINNEAPOLIS MN 55426-1759


INTERNAL REVENUE SERVICE               LAKEVILLE 2004 LLC    HJ DEVELO        LAKEVILLE 2004 LLC
CENTRALIZED INSOLVENCY                 15600 WAYZATA BLVD 201                 15600 WAYZATA BLVD STE 201
PO BOX 7346                            WAYZATA MN 55391-1437                  WAYZATA MN 55391-1437
PHILADELPHIA PA 19101-7346


MFC PROPERTIES 15 LP                   MFC PROPERTIES CORP                    MN DEPT OF REVENUE
3460 WASHINGTON DRIVE                  3460 WASHINGTON DRIVE STE 100          ATTN DENISE JONES
SUITE 100                              SAINT PAUL MN 55122-4301               PO BOX 64447
SAINT PAUL MN 55122-4301                                                      SAINT PAUL MN 55164-0447


NATIONAL CHECK RESOLUTION              NINA SOLTIS                            RR CLEANERS INC
50 LAKELAND PLAZA SUITE 347            2046 CHESTER STREET                    15201 WILDWOOD TRAIL
CUMMING GA 30040                       SHAKOPEE MN 55379-4375                 BURNSVILLE MN 55306-5290


ROBERT J RUEL                          ROCKET MORTGAGE                        SARAH BENNETT
1501 WILDWOOD TRL                      1050 WOODWARD AVE                      100 WASHINGTON AVENUE SOUTH
BURNSVILLE MN 55306                    DETROIT MI 48226-3573                  SUITE 1700
                                                                              MINNEAPOLIS MN 55401-2138
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE" WERE SERVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| SARIN HOMES<br>1875 DELLWOOD AVE<br>SAINT PAUL MN 55113-6103 | SYNCHRONY BANKAMAZON<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060 | TERRY AHLBRECHT<br>49552 US HIGHWAY 212<br>HECTOR MN 55342-2112 |
| THOMAS GRUHLKE<br>22429 708TH AVENUE<br>DASSEL MN 55325-3316 | TIANJIAO PIAO<br>995 HILL COURT<br>SAINT PAUL MN 55126-8467 | TIANJIAO PIAO<br>CO KAITLYN DENNIS<br>120 SOUTH SIXTH STREET 2600<br>MINNEAPOLIS MN 55402-1834 |
| TODD CHRISTIANSON<br>5461 RAVEN POINT RD<br>PRIOR LAKE MN 55372-8152 | TODD PATRICK CHRISTIAN<br>5461 RAVEN POINT ROAD<br>PRIOR LAKE MN 55372-8152 | TRACIE GROSHENS<br>3956 HOLASEK PATH<br>CHASKA MN 55318-4000 |
| US SMALL BUSINESS ADMIN<br>ATTN BANKRUPTCY<br>409 3RD ST SW<br>WASHINGTON DC 20416-0005 | US TRUSTEE<br>1015 US COURTHOUSE<br>300 S 4TH ST<br>MINNEAPOLIS MN 55415-3070 | WELLS FARGO<br>PO BOX 77053<br>MINNEAPOLIS MN 55480-7753 |
| WELLS FARGO BANK NA<br>1 HOME CAMPUS MAC X230301A<br>3RD FLOOR<br>DES MOINES IA 50328-0001 | WELLS FARGO BANK NA<br>435 FORD ROAD SUITE 300<br>ST LOUIS PARK MN 55426-4938 | WELLS FARGO BANK NA WELLS FARGO CARD<br>SER<br>PO BOX 10438 MAC F823502F<br>DES MOINES IA 50306-0438 |
| WELLS FARGO BUSINESS CARD<br>PO BOX 6426<br>CAROL STREAM IL 60197-6426 | WELLS FARGO PLL<br>MAX F8234F02F<br>PO BOX 10438<br>DES MOINES IA 50306-0438 | YURY SUPONITSKY CO MORRIS LAW<br>7380 FRANCE AVENUE S STE 250<br>MINNEAPOLIS MN 55435-4546 |
| ~~EXCLUDE~~<br>~~JULIA A CHRISTIANS~~<br>~~LAPP LIBRA STOEBNER  PUSCH CHARTERED~~<br>~~120 SOUTH SIXTH STREET~~<br>~~SUITE 2500~~<br>~~MINNEAPOLIS MN 55402-1826~~ | DEBTOR<br>RYAN VICTOR GROSHENS<br>3956 HOLASEK PATH<br>CHASKA MN 55318-4000 | WESLEY W SCOTT<br>LIFEBACK LAW FIRM PA<br>13 SEVENTH AVE S<br>ST CLOUD MN 56301-4259 |

ADDRESSES WHERE ORIGINAL DOCUMENTS WERE SERVED VIA EMAIL SERVED THROUGH THE UNITED STATES BANKRUPTCY COURT'S
NOTICE OF ELECTRONIC FILING ("NEF")SYSTEM:

(U.S. Trustee)
US Trustee
1015 US Courthouse
300 S 4th St
Minneapolis, MN 55415

ustpregion12.mn.ecf@usdoj.gov

RYAN VICTOR GROSHENS
3956 Holasek Path
Chaska, MN 55318
(Debtor 1)
represented by:
Wesley W. Scott
LifeBack Law Firm, PA
13 Seventh Ave S
St Cloud, MN 56301

samantha@lifebacklaw.com

(Trustee)
Julia A. Christians
Lapp, Libra, Stoebner & Pusch,
Chartered
120 South Sixth Street
Suite 2500
Minneapolis, MN 55402
represented by:
Julia A. Christians
Lapp, Libra, Stoebner & Pusch,
Chartered
120 South Sixth Street
Suite 2500
Minneapolis, MN 55402

jchristians@lapplibra.com