UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

**Ryan Victor Groshens,**     BKY **21-42041-MER**

Debtor.      Chapter 7

### ORDER

This case is before the court on the trustee's notice of settlement dated December 17, 2021 [Doc 17]. No objections to the settlement were filed. Based on the notice of settlement and the file,

**IT IS ORDERED:**

The settlement of the estate's claims to funds on deposit in Wells Fargo checking account #9603, with a scheduled value of $49,524.43, and the debtor's claim of exemption of $49,524.43, by allowance of a partial claim of exemption of $4,383.03 and turnover of the remainder to the estate; and, settlement of the estate's claims to funds on deposit in US Bank checking account #2012, with a scheduled value of $14,462.83, and the debtor's claim of exemption of $14,462.83, by allowance of a partial claim of exemption of $6,750.00 and turnover of the remainder to the estate, and where the funds in the accounts will not be subject to any further claims of exemption, described in the notice of settlement dated December 17, 2021, is approved.

Dated: *January 11, 2022*          */e/ Michael E. Ridgway*
                                                            Michael E. Ridgway
                                                            Chief United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *01/11/2022*
Tricia Pepin, Clerk, by MS