UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

**Ryan Victor Groshens,**   BKY **21-42041-MER**

Debtor.   Chapter 7

**ORDER**

This case is before the court on the trustee's notice of settlement dated December 17, 2021 [Doc 17]. No objections to the settlement were filed. Based on the notice of settlement and the file,

**IT IS ORDERED:**

The settlement of the estate's claims to funds on deposit in Wells Fargo checking account #9603, with a scheduled value of $49,524.43, and the debtor's claim of exemption of $49,524.43, by allowance of a partial claim of exemption of $4,383.03 and turnover of the remainder to the estate; and, settlement of the estate's claims to funds on deposit in US Bank checking account #2012, with a scheduled value of $14,462.83, and the debtor's claim of exemption of $14,462.83, by allowance of a partial claim of exemption of $6,750.00 and turnover of the remainder to the estate, and where the funds in the accounts will not be subject to any further claims of exemption, described in the notice of settlement dated December 17, 2021, is approved.

Dated:  *January 11, 2022*            */e/ Michael E. Ridgway*
                                      Michael E. Ridgway
                                      Chief United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *01/11/2022*
Tricia Pepin, Clerk, by MS

United States Bankruptcy Court

District of Minnesota

| | |
|---|---|
| In re: | Case No. 21-42041-MER |
| RYAN VICTOR GROSHENS | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0864-4 | User: admin | Page 1 of 1 |
| Date Rcvd: Jan 11, 2022 | Form ID: pdf111 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | RYAN VICTOR GROSHENS, 3956 Holasek Path, Chaska, MN 55318-4000 |
| auc | | Lundeen Auction & Appraisers Inc, 955 Mooers Ave S, Cakota, MN 55321 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2022            Signature:            /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Julia A. Christians | on behalf of Trustee Julia A. Christians jchristians@lapplibra.com lfrey@lapplibra.com;MN0A@ecfcbis.com;sgelhar@lapplibra.com |
| Julia A. Christians | jchristians@lapplibra.com lfrey@lapplibra.com;MN0A@ecfcbis.com;sgelhar@lapplibra.com |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |
| Wesley W. Scott | on behalf of Debtor 1 RYAN VICTOR GROSHENS samantha@lifebacklaw.com ScottWR72722@notify.bestcase.com;ScottWR72722@notify.bestcase.com |

TOTAL: 4